IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLYDE STOKES,
    Plaintiff,

vs.                                      Case No. 3:19cv2836/LAC/EMT

ANDREW SAUL,
Commissioner of Social Security,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk.  Plaintiff initiated this action on July 29, 2019, by filing a complaint in which he seeks reversal of the Commissioner's decision denying his application for disability benefits (ECF No. 1).  Plaintiff was directed to provide three service copies of his complaint for service upon the Defendant and allowed thirty days in which to do so (*see* ECF No. 4).  The order was returned to the court as undeliverable and, on September 3, 2019, it was mailed to Plaintiff at his current address on file with the Florida Department of Corrections ("FDOC") (*see* ECF No. 6, showing that order was mailed to the release address listed for Plaintiff on the FDOC's website).  After more than thirty days passed and Plaintiff had not provided service copies of his complaint, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why the action should not be dismissed for failure to comply with an order of the court

(ECF No. 7).   The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to submit the services copies of his complaint or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 25th day of November 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.   Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.   A copy of objections shall be served upon all other parties.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.   *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.